UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT COLOZZI, et al.,<br>*on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>ST. JOSEPH'S HOSPITAL HEALTH CENTER, INC., et al.,<br><br>*Defendants.* | NOTICE OF DISMISSAL OF SISTERS OF ST. FRANCIS OF THE NEUMANN COMMUNITIES<br><br>Civil Action<br>No. 08-CV-1220 |

**PLEASE TAKE NOTICE**, that plaintiffs in the above-entitled action, dismiss defendants Sisters of St. Francis of The Neumann Communities without prejudice and without costs or fees to either party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: January 21, 2009.

SHULMAN, CURTIN, GRUNDNER & REGAN, P.C.

By: _____,
Paul J. Curtin
*Attorneys for Sisters of St. Francis of the Neumann Communities*
250 South Clinton Street, Suite 502
Syracuse, NY 13202
Telephone: (315) 424-8944
pcurtin@shulmanlawpc.com

DOLIN, THOMAS & SOLOMON LLP

By: _____
Patrick J. Solomon
Justin M. Cordello
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
jcordello@theemploymentattorneys.com

SO ORDERED:

_____
Honorable David E. Peebles

Dated: January 28, 2009