UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT COLOZZI, et al.,

                                            *Plaintiffs*,

    v.

ST. JOSEPH'S HOSPITAL HEALTH CENTER, INC., et al.,

                                            *Defendants*.

STIPULATION OF VOLUNTARY DISMISSAL

08-CV-1220

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, that the following individuals hereby discontinue their claims without prejudice, and without costs to either party as against the other.

    Andrew Aiken
    Cindy Ashbee-Tonkin
    Deborah Barbuto
    Rita Belge
    Deborah Berg
    Marci Lyn Berman
    Dawn Blanden
    Mary Bohli
    Racquel Bondoc
    Julie Bradbury
    Catherine Brosseau
    Patricia Caruso
    Melissa Conmy
    Donna Court
    Bernadine Crane
    Sharon Delfavero
    Wendy Demaio
    Patricia Duffy
    Melissa Eberhardt
    Janet Finnegan
    Frances Fuller
    SueCarol Gamble
    Sandra Gilbert
    Barbara Gurnee

Deana Hasbrooke
Carolyn Hoffmann
Timothy Holbert
Sherry Lynn Jones
Eunah Kang
Robin Lynn Kelley
Ruth Kelly
Kim Kratz
Kelly Lonis
Tiffani Loomis (Hollenbeck)
Theresa Makin
Karen Muldowney
Cathleen Nelson
Linda Redding
Martha Robbins
Jacqueline Roorda
Andris Rugelis
Linda Sabod
Pamela Salisbury
Sharon Sankey
Patricia Sheldon
Anne Smith
Lisa Soderberg
Stephanie St. John
Michele Wilson
Jacqueline Wynn
Jaclyn Corkran
Samantha Cottrell
Maryellen Davison
Kristin Graham
Christine Gray
Kristine Kirkby
Tammy Layou
Francine Lubeck
Nancy Marshall
Michelle Turnbull

By: *[signature]*
Michael Tremont
*Attorney for Defendant*
Costello, Cooney & Fearon
205 South Salina Street
4th Floor
Syracuse, NY 13202

By: *[signature]*
Sara E. Rook
*Attorney for Plaintiffs*
Thomas & Solomon
693 East Avenue
Rochester, New York 14607

Dated: December 22, 2009

Dated: December 22, 2009

IT IS SO ORDERED:

*[signature]*

David E. Peebles
U.S. Magistrate Judge
Dated: December 24, 2009

Syracuse, NY

- 3 -