UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT COLOZZI, et al.,

                                  *Plaintiffs*,

v.

ST. JOSEPH'S HOSPITAL HEALTH CENTER, INC., et al.,

                                  *Defendants.*

STIPULATION OF VOLUNTARY DISMISSAL

08-CV-1220

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, that the following individuals hereby discontinue their claims without prejudice, and without costs to either party as against the other.

    Jody Bertthoff
    Besty Calabria
    Diane Fitzgerald
    Denise Picciotto

By: _/s/ Michael Tremont_
Michael Tremont
Edward Melvin
Robert Smith
Nicole Jones
*Attorneys for Defendant*
Costello, Cooney & Fearon
205 South Salina Street
4th Floor
Syracuse, NY 13202

Dated: February 10, 2010

By: _/s/ Sara E. Rook_
Sara E. Rook
Patrick Solomon
Michael Lingle
*Attorneys for Plaintiffs*
Thomas & Solomon
693 East Avenue
Rochester, New York 14607

IT IS SO ORDERED:

_/s/ David E. Peebles_
David E. Peebles
U.S. Magistrate Judge
Dated: February 11, 2010
             Syracuse, NY

H:\St. Joseph's\Voluntary Dismissals\Stipulation of Voluntary of Dismissal 2.doc