UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT COLOZZI, et al.,

           *Plaintiffs*,

v.

ST. JOSEPH'S HOSPITAL HEALTH CENTER, INC., et al.,

           *Defendants*.

STIPULATION OF VOLUNTARY DISMISSAL

08-CV-1220 (DNH/DEP)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, that the following individual hereby discontinues her claims without prejudice, and without costs to either party as against the other:

Karen Schadel

By: *[signature]*
Michael Tremont
Edward Melvin
Robert Smith
Nicole Jones
*Attorneys for Defendant*
Costello, Cooney & Fearon
205 South Salina Street
4th Floor
Syracuse, NY 13202

By: *[signature]*
Sara E. Rook
Patrick Solomon
Guy Talia
Michael Lingle
*Attorneys for Plaintiffs*
Thomas & Solomon
693 East Avenue
Rochester, New York 14607

Dated: June 25, 2010

Dated: June 25, 2010

IT IS SO ORDERED:

*[signature]*
David E. Peebles
U.S. Magistrate Judge
Dated: June 28, 2010
Syracuse, NY