UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT COLOZZI, et al.,

                              Plaintiffs,

     - vs -                                       5:08-CV-1220

ST. JOSEPH'S HOSPITAL CENTER, et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

THOMAS & SOLOMON LLP             J. NELSON THOMAS, ESQ.
Attorneys for Plaintiffs                   PATRICK J. SOLOMON, ESQ.
693 East Avenue                           JUSTIN M. CORDELLO, ESQ.
Rochester, NY 14607                   MICHAEL J. LINGLE, ESQ.
                                                  SARA E. ROOK, ESQ.

COSTELLO, COONEY, FEARON, PLLC   ROBERT J. SMITH, ESQ.
Attorneys for Defendants                 DENNIS P. HENNIGAN, ESQ.
4th Floor                                          EDWARD G. MELVIN, ESQ.
205 South Salina Street                  MICHAEL A. TREMONT, ESQ.
Syracuse, NY 13202                      NICOLE MARLOW-JONES, ESQ.

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       The named plaintiffs brought this action in November 2008, asserting a variety of federal and state law claims. By Report-Recommendation dated July 20, 2010, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendants' motion for dismissal of all claims of the thirteen named opt-in plaintiffs who have failed to answer court approved interrogatories (Dkt. No. 268) be granted, and that the following plaintiffs' claims against the defendants in this action be dismissed subject to their

right, should class certification be granted, to participate as class members in the action if deemed appropriate by the court:

| | |
|---|---|
| 1. Veronica Benz | 8. Mary K. Johnson |
| 2. Celinda Case | 9. Daniel Knapp |
| 3. Robin Dunagan | 10. Joanne Niemann |
| 4. Deane J. Engleman | 11. Mary Phelan |
| 5. Lisa Marie Finlay (Cosma) | 12. Renee Steetes |
| 6. Marie Granato | 13. Patricia Talarico |
| 7. Denise Haley | |

The plaintiffs have filed timely objections to the Report-Recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for dismissal of all claims of the thirteen named opt-in plaintiffs who have failed to answer court approved interrogatories (Dkt. No. 268) is GRANTED;

2. The following plaintiffs' claims against the defendants in this action are DISMISSED subject to their right, should class certification be granted, to participate as class members in the action if deemed appropriate by the court:

| | |
|---|---|
| 1. Veronica Benz | 8. Mary K. Johnson |
| 2. Celinda Case | 9. Daniel Knapp |
| 3. Robin Dunagan | 10. Joanne Niemann |
| 4. Dean J. Engleman | 11. Mary Phelan |
| 5. Lisa Marie Finlay (Cosma) | 12. Renee Steetes |
| 6. Marie Granato | 13. Patricia Talarico |
| 7. Denise Haley | |

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 27, 2010
Utica, New York.