UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT COLOZZI, et al.,

                         *Plaintiffs*,

            v.

ST. JOSEPH'S HOSPITAL HEALTH CENTER, et al.,

                        *Defendants.*

NOTICE OF MOTION

Civil Action No.
No. 08-CV-1220 (DNH)(ATB)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs and Defendants. |
| **RELIEF REQUESTED:** | An order granting preliminary approval of the settlement and Settlement Agreement, attached to the Declaration of Patrick J. Solomon, sworn to May 23, 2013. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23<br>Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Declaration of Patrick J. Solomon, Esq., and the exhibits attached thereto; Declaration of Edward G. Melvin, and the exhibits attached thereto; Memorandum of Law in Support of Motion for Preliminary Approval of Settlement; and proposed Preliminary Approval Order. |
| **PLACE:** | United States District Court<br>Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica, NY 13501 |
| **DATE AND TIME:** | June 28, 2013 |

Dated:  May 24, 2013

2151838.1 5/3/2013

| **COSTELLO, COONEY & FEARON, PLLC** | **THOMAS & SOLOMON LLP** |
|---|---|
| s/ Edward G. Melvin | /s/ Patrick J. Solomon |
| Edward G. Melvin, Esq. | Patrick J. Solomon, Esq. |
| Bar Roll No. 509037 | Bar Roll No. 2716660 |
| Robert J. Smith, Esq. | Guy A. Talia, Esq. |
| Bar Roll No. 102628 | Bar Roll No. 2790491 |
| Counsel for Defendants | Counsel for Plaintiffs |
| 500 Plum Street, Suite 300 | 693 East Avenue |
| Syracuse, NY 13202 | Rochester, NY 14607 |
| Telephone: (315) 422-1152 | Telephone:   585.272.0540 |
| rjs@ccf-law.com | Facsimile:   585.272.0574 |
| egm@ccf-law.com | psolomon@theemploymentattorneys.com |
|  | gtalia@theemploymentattorneys.com |