Kevin M. Gilligan
Robert J. Smith*
Michael A. Tremont
Alicia S. Calagiovanni
James J. Gascon
Paul G. Ferrara**
Maureen G. Fatcheric
Timothy J. Conan
John R. Langey

Daniel P. Fletcher
Anthony R. Hanley
Dennis P. Hennigan
Robert W. Connolly**
Louis J. Viviani
Edward G. Melvin II***
Nicole Marlow-Jones
Donald S. DiBenedetto
Nadine C. Bell+

Christopher G. Todd
Jennifer Y. Wang
Jennifer L. Alfieri
Kristin L. Walker++

Shannon R. Becker+++
Richard J. Andino
Elizabeth A. Hoffman
Daniel R. Rose

Shelly L. DiBenedetto
Jennifer E. Mathews**
Wendy S. Reese
Special Counsel

Donald L. Nicholas, Of Counsel
Warren W. Bader, Of Counsel
Robert D. Essig, Of Counsel
Peter J. Corrigan, Of Counsel
Scott W. Bush, Of Counsel

**COSTELLO · COONEY · FEARON** PLLC
——— Attorneys at law since 1896 ———
500 PLUM STREET, SUITE 300   |   SYRACUSE, NY 13204-1401
TEL. 315.422.1152   |   FAX 315.422.1139

\*   Also admitted in Texas
\*\*  Also admitted in Massachusetts
\*\*\* Also admitted in Connecticut
\+   Also admitted in Pennsylvania
++  Also admitted in New Jersey
+++ Also admitted in Colorado

November 13, 2013

VIA CM/ECF

Hon. David N. Hurd
United States District Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Building
  and U.S. Courthouse
10 Broad Street
Utica, New York   13501

> Re:   Colozzi, et al. v. St. Joseph's Hospital Health Center, et al.
>        Case No. 08-cv-1220 (DNH/ATB)

Dear Judge Hurd:

Our office represents the Defendants in the above-referenced matter. Please accept this letter as a request on behalf of both the Defendants and Plaintiffs with respect to implementing the Court's Order dated November 1, 2013 (Dkt. No. 317) as well as the terms of the parties' Settlement Agreement.

Pursuant to paragraph 10 of the Settlement Agreement, the Defendants must provide the third-party administrator with wage and other data for the time period of November 13, 2002 through November 1, 2013, which is the date of the Court's Final Approval Order (Dkt. No. 317). Please be advised that the Defendants' payroll system operates in two-week intervals, and as such, the Defendants are unable to provide data beginning on the November 13th date in 2002 or ending on the November 1st date in 2013. Instead, the Defendants are able to provide the applicable class data for the pay period beginning November 10, 2002 and ending October 26, 2013. Plaintiffs' counsel has agreed to the Defendants' use of the November 10th beginning date and the October 26th ending date.

Hon. David N. Hurd
November 13, 2013
Page 2

      Accordingly, the parties respectfully request approval for the Defendants to use the beginning date of November 10, 2002 and the ending date of October 26, 2013 for purposes of providing the applicable class data to the third-party administrator pursuant to Section 10 of the parties' Settlement Agreement.

      Respectfully,

      COSTELLO, COONEY & FEARON, PLLC

      s/ Edward G. Melvin

      Edward G. Melvin
      Bar Roll No. 509037

EGM/lja
cc:    All counsel of record (via CM/ECF)



SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: